```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

| | |
|---|---|
| **MANETIRONY CLERVRAIN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 22-cv-2225-MSN-tmp |
| | ) |
| **TRE HAGET, et. al.,** | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On April 8, 2022, plaintiff Manetirony Clervrain, a resident of Anderson, Indiana, filed a *pro se* civil complaint. (ECF No. 1.) However, Clervrain neglected to pay the $402.00 civil filing fee or submit a properly completed application to proceed *in forma pauperis*. On April 18, 2022, the undersigned entered an order directing Clervrain to file a properly completed *in forma pauperis* affidavit or pay the $402.00 civil filing fee within 30 days. (ECF No. 9.) The order notified Clervrain that failure to comply in a timely manner would result in dismissal of the action without further notice pursuant to the Local Rules and Federal Rules of Civil Procedure. (Id.) As of May 19, 2022, Clervrain has not complied with the court's order. Accordingly, it is recommended that the complaint be dismissed without prejudice.

Respectfully submitted,

```
                              s/ Tu M. Pham
                              TU M. PHAM
                              Chief United States Magistrate Judge

                              May 19, 2022
                              Date
```

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**