IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MANETIRONY CLERVRAIN,

   Plaintiff,

v.                                                Case No. 2:22-cv-2225-MSN-tmp

TRE HAGET et. al.,

   Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *pro se* civil Complaint, (ECF No. 1), filed April 8, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Order Dismissing Case Without Prejudice, docketed June 3, 2022, (ECF No. 11), settling this matter between the parties and dismissing all claims against Defendants without prejudice, all claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

June 03, 2022
Date